IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES ANDERSON, # 129173,          )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        CIVIL ACTION NO. 2:04-CV-956-WKW
                                     )                    (WO)
V. MCQUEEN,                          )
                                     )
        Defendant.                   )

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this date adopting the recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the case is DISMISSED without prejudice.

Done this 21st day of February, 2006.


        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE